UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| MICHAEL LEE, | : |
|         Plaintiff, | : |
| | : |
|     v. | :    No. 2:16-cv-00068 |
| | : |
| MICHAEL NUTTER, *Mayor of Philadelphia*; | : |
| LOUIS GIOLA, *Comm. of PPS*; | : |
| M. FARRELL, *Warden of CFCF*; | : |
| HUDGINS, *C/O at CFCF*; | : |
| SUTTON, *C/O at CFCF*; BLACK, *C/O at CFCF*, | : |
|         Defendants. | : |

_____

# O R D E R

**AND NOW**, this 16th day of December, 2016, upon consideration of Defendants Nutter, Girola, and Farrell's Motion to Dismiss, ECF No. 13, and Defendant Black's Motion to Dismiss, ECF No. 30, and for the reasons set forth in the Memorandum issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motions, ECF Nos. 13, 30, are **GRANTED**;

2. Plaintiff Michael Lee's claims against Defendants Nutter, Girola, Farrell, and Black are **DISMISSED without prejudice**;

3. Lee is **GRANTED LEAVE** to file an amended complaint, consistent with the Memorandum issued this date, no later than **January 13, 2017**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge